Harry JACKSON, Respondent,

v.

MINNESOTA ARENA FOOTBALL, and MN Assigned Risk Plan/Admin. by Occupational Healthcare Management Service Co., Relators.

No. C4–98–1235.

Supreme Court of Minnesota.

Nov. 16, 1998.

Mark M. Suby, Hansen, Dordell, Bradt, Odlaug & Bradt, St. Paul, for appellant.

John R. Malone, Malone, Atchison & Henning, Bloomington, for respondent.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 16, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:
Paul H. Anderson
Associate Justice